**6**

**Charles S. BRIGGS, Appellant, v. KANSAS CITY JOINT-STOCK LAND BANK, Kansas City, Mo., Appellee.**

(Circuit Court of Appeals, Eighth Circuit. June 2, 1926.)

No. 7302.

Appeal from the District Court of the United States for the District of Kansas.

Frank Doster and Charles S. Briggs, both of Topeka, Kan., for appellant.

John T. Harding, D. A. Murphy and R. C. Tucker, all of Kansas City, Mo., for appellee.

PER CURIAM. Appeal dismissed for want of jurisdiction, without prejudice and without costs to either party in this court.